**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TYREE LAWSON, | : | No. 27 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 178 MD |
| | : | 2018 dated January 16, 2019. |
| v. | : | |
| | : | |
| | : | |
| PA. DEPARTMENT OF CORRECTIONS | : | |
| SECRETARY JOHN WETZEL, SCI | : | |
| GRATERFORD SUPERINTENDENT | : | |
| CYNTHIA LINK, AND SCI | : | |
| GRATERFORD'S INMATE | : | |
| ACCOUNTANT/S/, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                          **DECIDED:  November 20, 2019**

AND NOW, this 20th day of November, 2019, the order of the Commonwealth Court is **AFFIRMED**.